NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1318, -1319

INVISIBLE FENCE, INC.,

Plaintiff-Appellant,

v.

PERIMETER TECHNOLOGIES, INC.,

Defendant-Cross Appellant.

Larry L. Barnard, Carson Boxberger LLP, of Fort Wayne, Indiana, argued for plaintiff-appellant. With him on the brief was Jon A. Bragalone.

Gregory F. Ahrens, Wood, Herron & Evans, L.L.P., of Cincinnati, Ohio, argued for defendant-cross appellant. With him on the brief was John P. Davis.

Appealed from: United States District Court for the Northern District of Indiana

Magistrate Judge Roger B. Cosbey

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1318, -1319

INVISIBLE FENCE, INC.,

Plaintiff-Appellant,

v.

PERIMETER TECHNOLOGIES, INC.,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

in CASE NO(S).    1:05-CV-361

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, BRYSON, and MOORE, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>January 8, 2008</u>    <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk